IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RANDY WILMOTH MEETZE**                                                  **PLAINTIFF**

**v.**                                          **No. 4:20CV181-RP**

**CMCF MEDICAL DEPT, ET AL.**                                  **DEFENDANTS**

**ORDER TRANSFERRING CASE TO THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

This matter comes before the court, *sua sponte*, for consideration of the transfer of this cause. Randy Wilmoth Meetze, a *pro se* prisoner, has submitted a complaint alleging unconstitutional conditions of confinement under 42 U.S.C. § 1983. The events giving rise to the instant complaint occurred at the Central Mississippi Correctional Facility in Pearl, Mississippi. This court does not have the power to address the issues in the instant complaint because the Central Mississippi Correctional Facility lies outside its territorial jurisdiction. The federal court which can exercise territorial jurisdiction in this case is the United States District Court for the Southern District of Mississippi, and, in the interest of justice and judicial economy, it is **ORDERED:**

      1) That this case will be transferred to the United States District Court for the Southern District of Mississippi;

      2) That the Clerk of Court is directed to transfer the complaint and the entire record to the United States District Court for the Southern District of Mississippi; and

      3) This case is **CLOSED.**

      **SO ORDERED**, this, the 12th day of January, 2021.

                                                               /s/ Roy Percy
                                                           UNITED STATES MAGISTRATE JUDGE